ZDZISLAW STASKIEWICZ *v.* STEFANIA POLWACZ
(AC 20016)

Schaller, Zarella and Pellegrino, Js.

Submitted on briefs September 15—officially released October 31, 2000

Per Curiam. The judgment is affirmed.

CYNTHIA RUSSELL ET AL. *v.* MAUREEN
BOJKO ET AL.
(AC 20304)

Schaller, Zarella and Pellegrino, Js.

Submitted on briefs September 15—officially released October 31, 2000

Per Curiam. The judgment is affirmed.

KLM INDUSTRIES, INC. *v.* PATRICK J. BERKERY
(AC 20221)

Lavery, C. J., and Foti and Dupont, Js.

Submitted on briefs September 15—officially released October 31, 2000

Per Curiam. The judgment is affirmed.